IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Case No. CR 08-260-S-BLW |
| Plaintiff, | ) ) |  |
| v. | ) ) | **REPORT AND RECOMMENDATION** |
| RAUL CERVANTES-MORALES, | ) ) |  |
| Defendant. | ) ) |  |

On January 6, 2009, Defendant RAUL CERVANTES-MORALES appeared before the undersigned United States Magistrate Judge to enter a change of plea. The Defendant executed a waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the applicable Indictment (Docket No.1), the maximum penalties applicable, his constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will determine the facts relevant to sentencing. The Defendant asked for an expedited sentencing date, further asking the District Judge to rely upon the information in the record from the Pretrial Services/Bail Report on defendant, and such other information as the District Judge may request, to exercise his meaningful sentencing authority without a full presentence investigation report under Rule 32(c)(1)(A)(ii). The government did not object to Defendant's request for an

expedited sentencing date.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, his counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted.

## RECOMMENDATION

Based upon the foregoing, the Court being otherwise fully advised in the premises, the Court **hereby RECOMMENDS that:**

1) The District Court accept Defendant RAUL CERVANTES-MORALES' plea of guilty to the sole count Indictment (Docket No. 1); and

2) The District Court accept Defendant's request for an expedited sentencing date.

Written objections to this Report and Recommendation must be filed within ten (10) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: January 9th, 2009.

CANDY WAGAHOFF DALE
UNITED STATES MAGISTRATE JUDGE